No. 37. THE CHICAGO & ERIE R. R. Co., PLAINTIFF IN ERROR, v. JOSEPH A. EBERSOLE.   In error to the Supreme Court of the State of Indiana.   Argued for the plaintiff in error November 7, 1912.   Decided November 11, 1912.   *Per Curiam:* Dismissed for the want of jurisdiction on the authority of *California Powder Works* v. *Davis,* 151 U. S. 389, 393; *Missouri Pacific Ry.* v. *Fitzgerald,* 160 U. S. 556, 576; *Chappell Chemical & Fertilizer Co.* v. *Sulphur Mines Co.,* 172 U. S. 471.   *Mr. D. C. Harrington* for the plaintiff in error.   No appearance for the defendant in error.

---

No. 138. EMMA R. McCABE, ADMINISTRATRIX OF PETER McCABE, DECEASED, PLAINTIFF IN ERROR, v. THE MAYSVILLE & BIG SANDY RAILROAD COMPANY ET AL. In error to the Court of Appeals of the State of Kentucky.   Motion to dismiss submitted November 11, 1912.   Decided November 18, 1912. *Per Curiam:* Dismissed for the want of jurisdiction on the authority of *Chesapeake & Ohio Railway Company* v. *McCabe,* 213 U. S. 207.   *Mr. Allan D. Cole* for the plaintiff in error.   *Mr. E. L. Worthington* for the defendants in error.